■ In the Matter of CARLOS MEDINA, Petitioner, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et

al., Respondents.—Determination unanimously confirmed and petition dismissed. Memorandum: On this record there is substantial evidence to support respondent's determination *(see, People ex rel. Vega v Smith,* 66 NY2d 130). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Callahan, J. P., Doerr, Green, Pine and Lawton, JJ.